IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

IN RE: : MDL DOCKET NO. 4:03-CV-1507-BRW
PREMPRO PRODUCTS LIABILITY :
LITIGATION :
:

## ORDER

Based on the attached emails, and having received no response from Plaintiff's counsel, the following cases are DISMISSED for failure to prosecute:

Miner v. Wyeth, et al., 4:10-CV-01324-BRW

Thomas v. Wyeth, et al., 4:10-CV-01286-BRW

Unlandt v. Wyeth, et al., 4:10-CV-01428-BRW

Facer v. Bristol Myers Squibb Company, et al., 4:10-CV-01347-BRW

IT SO ORDERED this 10th day of May, 2013.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE



**MDL 1507 -- Powers Cases**
**Bill Wilson** to: mark, patrick, ram                    05/09/2013 09:02 AM
Sent by: **Kay Holt**
Cc:         Matt_Morgan

| | |
|---|---|
| From: | Bill Wilson/ARED/08/USCOURTS |
| To: | mark@powerstaylor.com, patrick@powerstaylor.com, ram@mcfay.com, |
| Cc: | Matt_Morgan@ared.uscourts.gov |
| Sent by: | Kay Holt/ARED/08/USCOURTS |
| History: | This message has been forwarded. |

RE:    4:10-CV-01324-BRW  Miner v. Wyeth et al
       4:10-CV-01286-BRW  Thomas v. Wyeth, et al
       4:10-CV-01428-BRW  Unlandt v. Wyeth et al
       4:10-CV-01347-BRW  Facer v. Bristol Myers Squibb Company et al

I am in a dismissing frame of mind; so if I do not hear from you by noon tomorrow, May 10, I am going to enter dismissal orders.


Billy R. Wilson
U. S. District Judge
Richard Sheppard Arnold Courthouse
600 West Capitol Ave, Rm. A403
Little Rock, AR 72201
501-604-5141



**MDL 1507 -- Powers Cases**
**Matt Morgan**   to: mark, patrick, ram
Bcc: Matt Morgan

05/07/2013 09:20 AM

| From: | Matt Morgan/ARED/08/USCOURTS |
| --- | --- |
| To: | mark@powerstaylor.com, patrick@powerstaylor.com, ram@mcfay.com, |
| Bcc: | Matt Morgan/ARED/08/USCOURTS |
| History: | This message has been forwarded. |

Dear Counsel:

It appears that in the following cases you never served Barr, and it is the only remaining Defendant. If you do not intend to pursue your claims against Barr, you need to file the appropriate motion dismissing them. We need to get these cases off-center.

4:10-cv-01324-BRW   Miner v. Wyeth et al
4:10-cv-01286-BRW   Thomas v. Wyeth, et al
4:10-cv-01428-BRW   Unlandt v. Wyeth et al


The same holds true in this case too, except there are additional non-served Defendants (BMS, Warner, etc)

4:10-cv-01347-BRW   Facer v. Bristol Myers Squibb Company et al


These are cases that I ran across today, so I'm not sure whether this is an exhaustive list. Please advise your intentions forthwith.


Matt Morgan
Law Clerk to the Honorable Bill Wilson
Richard Sheppard Arnold Courthouse
600 West Capitol Ave, Rm. A403
Little Rock, AR 72201
501-604-5141